JOHN TOOKER, Respondent, v. INTER-COUNTY TITLE GUARANTY AND MORTGAGE COMPANY, Appellant.— Defendant appeals from a judgment entered in an action to enforce provisions of a contract for the repurchase of certain shares of bank stock. Judgment unanimously affirmed, with costs. Appeal from order denying motion to recall decision dismissed, without costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ. [See 269 App. Div. 668.]